WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky – SBN 75240
Of Counsel
12100 Wilshire Blvd, Suite 1100
Los Angeles, CA 90025

Telephone: 310-820-6529
Facsimile: 310-826-2321

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 7 |
|---|---|
| Ana Erazo Huezo and Norby E Huezo, | Bankruptcy No. 09-30961 TC |
| | Adversary Case No. 09-03130 |
| Debtor(s). | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| Wells Fargo Bank, N.A. | DATE: 10/22/2009 |
| Plaintiff, | TIME: 10:00 AM |
| vs. | CTRM: 23 |
| Ana Erazo Huezo, | |
| Defendant(s). | |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE THOMAS E. CARLSON:

1. Service of the Summons and Complaint was executed on 7/30/2009.
2. To date, Defendant has not filed an answer.

Case Management Conference Statement – 2

3. Neither Debtor's counsel nor Debtor has contacted the undersigned.

4. A request for entry of default is being filed contemporaneously with this report.

5. Plaintiff will be moving for default judgment within forty five (45) days after entry of default.

Dated: October 13, 2009                    WEINSTEIN & RILEY, P.S


                                           By:   /S/ Jerome A Yelsky
                                                 Jerome A Yelsky
                                                 Attorneys for Plaintiff
.

Case Management Conference Statement – 2

Case: 09-03130    Doc# 6    Filed: 10/14/09    Entered: 10/14/09 09:55:39    Page 2 of 3

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12100 Wilshire Boulevard, Suite 1100, Los Angeles, California 90025.

On October 13, 2009, I served the foregoing document described as: **CASE MANAGEMENT CONFERENCE STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ana Erazo Huezo
803 87th Street
Daly City, CA 94015

Cesar R Fumar
Attorney At Law
2670 S White Rd #140
San Jose, CA 95148

BY MAIL I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. Executed on October 13, 2009 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/S/ Heidy Valdes

Heidy Valdes

Proof of Service