WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky – SBN 75240
Of Counsel
12100 Wilshire Blvd, Suite 1100
Los Angeles, CA 90025

Telephone: 310-820-6529
Facsimile: 310-826-2321

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 7 |
|---|---|
| Ana Erazo Huezo and Norby E Huezo, | Bankruptcy No. 09-30961 TC |
| | Adversary Case No. 09-03130 |
| Debtor(s). | **SUPPLEMENTAL CASE MANAGEMENT** |
| | **CONFERENCE STATEMENT** |
| Wells Fargo Bank, N.A. | DATE: 4/22/2010 |
| Plaintiff, | TIME: 10:00 AM |
| vs. | CTRM: 23 |
| Ana Erazo Huezo, | |
| Defendant(s). | |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE THOMAS E. CARLSON:

1. Service of the Summons and Complaint was executed on 7/30/2009.
2. Answer was due on 8/24/2009 and Plaintiff filed a Motion for Default on 12/17/2009. Defendant's counsel filed an answer to the complaint on 4/5/2010.

Supplemental Case Management Conference Statement – 2

3. Plaintiff is attempting to reach Defendant's counsel in order to resolve this adversary action.

4. Plaintiff requests that the Court set a further Status Conference in approximately thirty (30) days.

Dated: April 14, 2010            WEINSTEIN & RILEY, P.S

By: /s/ Jerome A Yelsky
Jerome A Yelsky
Attorneys for Plaintiff

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12100 Wilshire Boulevard, Suite 1100, Los Angeles, California 90025.

On April 14, 2010, I served the foregoing document described as: **SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ana Erazo Huezo
803 87th Street
Daly City, CA 94015

Cesar R Fumar
Attorney At Law
2670 S White Rd #140
San Jose, CA 95148

BY MAIL I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. Executed on April 14, 2010 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Heidy Valdes