CESAR R FUMAR SBN 164660
LAW OFFICES OF CESAR R FUMAR
7311 Mission St. Ste E
Daly City CA 94014
Telephone (650) 991.1500
Facsimile (650) 991.1511

Attorney for Defendant
ANA ERAZO HUEZO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re:

ANA ERAZO HUEZO

          Debtor
_____/

Wells Fargo Bank., NA

          Plaintiff
vs
Ana Erazo Huezo

          Defendant      /

Chapter 7
Bankruptcy No. 09-30961 TC
Adversary Case No. 09-03130

**CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANT ANA HUEZO**

Date: April 22, 2010
Time: 10:00 a.m.
Ctroom: Hon. Thomas E. Carlson

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE THOMAS E. CARLSON.

1. Defendant, ANA ERAZO HUEZO filed her Answer to the complaint on April 5, 2010.

2. Defendant, through counsel, had left several mesages with creditor to attempt settlement but did nor receive a response.

Dated: April 16, 2010          Respectfully submitted:

                                        LAW OFFICES OF CESAR R FUMAR

                                        */s/ Cesar R Fumar*
                                        CESAR R R FUMAR, Esq.
                                        Attorney for Defendant, Ana Erazo Huezo