CESAR R FUMAR SBN 164660
LAW OFFICES OF CESAR R FUMAR
7311 Mission St. Ste E
Daly City CA 94014
Telephone (650) 991.1500
Facsimile (650) 991.1511

Attorney for Defendant
ANA ERAZO HUEZO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>ANA ERAZO HUEZO<br><br>               Debtor<br>_____/<br>Wells Fargo Bank., NA<br>               Plaintiff<br>vs<br>Ana Erazo Huezo<br>               Defendant        / | Chapter 7<br>Bankruptcy No. 09-30961 TC<br>Adversary Case No. 09-03130<br><br>**STATUS CONFERENCE STATEMENT OF DEFENDANT ANA ERAZO HUEZO**<br><br>Date: July 2, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. Thomas E. Carlson |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE THOMAS E. CARLSON.

1. Defendant, ANA ERAZO HUEZO appeared at the case management conference of April 22, 2010 and Plaintiff did not.

2. After the said case management conference, Defendant, through counsel, left again several messages with creditor's counsel and other numbers of creditors for the purpose of negotiating a settlement. Plaintiff has not returned the calls.

Dated: June 28, 2010

Respectfully submitted:
LAW OFFICES OF CESAR R FUMAR

/s/Cesar R Fumar
CESAR R FUMAR, Esq.
Attorney for Defendant, Ana E Huezo

*09-30961 TC-Defendant CMC Statement7210*